UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Taquan James**                      **Docket No. 7:16-CR-69-1BO**

**Petition for Action on Supervised Release**

COMES NOW Erik J. Graf, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Taquan James, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, and 2 counts of Distribution of a Quantity of Heroin, in violation of 21 U.S.C. §§ 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, Chief United States District Judge, on April 25, 2017, to the custody of the Bureau of Prisons for a term of 46 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months.

Taquan James was released from custody on December 7, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

James reported to probation authorities at the time of his presentence interview in 2017, that he was a daily user of marijuana and a weekly user of non-prescribed Percocet. His instant offense of conviction includes the distribution of heroin. Therefore, based on the offender's history of abusing illegal drugs and being involved in a drug distribution offense, it is the recommendation of the probation officer that Smith's conditions of supervised release be amended to include that he be monitored through random urinalysis testing and treatment, if necessary.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

   Except as herein modified, the judgment shall remain in full force and effect.

Taquan James
Docket No. 7:16-CR-69-1BO
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ Erik J. Graf
Erik J. Graf
U.S. Probation Officer
414 Chestnut Street, Suite 102
Wilmington, NC 28401
Phone: 910-679-2031
Executed On: January 7, 2019

## ORDER OF THE COURT

Considered and ordered this __7__ day of __January__, 2019, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
Chief United States District Judge